In the Matter of the Arbitration between GENERAL ELECTRIC COMPANY, Appellant, and UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA,

C.I.O. Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Cohn, JJ. [See *ante,* p. 767.]